UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

In Re

**Dennis Ryan McCarthy and
Debra Lynn McCarthy,**

      Debtors

**Bank of America, N.A.,**
its successors and assigns,

      Movant.

Case No: **12-41875-659**

ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
edmo@km-law.com

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Jonathon B. Burford, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters his appearance on behalf of the Movant, Bank of America, N.A., in the above styled cause of action and requests notice of all filings.

Respectfully submitted,

   /s/ Jonathon B. Burford
Jonathon B. Burford, #59337MO
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
edmo@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on **March 28, 2014**, to:



Dennis McCarthy
Debra McCarthy
Debtors
10152 Calvey Ridge Rd
Dittmer, MO 63023

MaryAnn G. Kier
Attorney for Debtors
The Law Offices of Paul and Kier, PC
8917 Gravois Rd.
St. Louis, MO 63123

John V. LaBarge, Jr.
Trustee
P.O. Box 430908
St. Louis, MO 63143

Office of U.S. Trustee
U.S. Trustee
111 S. 10th St., Ste. 6353
St. Louis, MO 63102


/s/ Kenya Curry
Kenya Curry

